**Name:** Lisa Cole

**Address:** 1701 N+h 10th Apt #18 Indy KS. 67301

[Margin note top right:] 1 Donald Ave Independence, KS 67301

[Filed stamp: OCT 28 2021, Clerk, U.S. District Court]

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Plaintiff: Lisa Lee Cole (Full Name)

v.

Defendant(s): Montgomery County Jail, Garicia, House, Johnson, Coltins of IPD police

[Margin note left:] Aug-3-21

CASE NO. 21-3250-SAC (To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. §1983**

## A. JURISDICTION

1) Lisa Lee Cole (Plaintiff), is a citizen of Kansas (State), who presently resides at 1701 N+h 10th Apt.#18 Indy Kansas 67301 (Mailing address or place of confinement.)

2) Defendant Garicia (Name of first defendant) is a citizen of Independence Kansas (City, State), and is employed as Police Station Almond + Officer ganrd (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☑ No ☐. If your answer is "Yes", briefly explain:

On Aug 4th I caught some charges IPD brought me to 300 East main Cashue I DIDNT go to court at 9:00 AM came about [illegible] lunch

3) Defendant ___KA_____ is a citizen of
   (Name of second defendant)

   _____, and is employed as
   (City, state)

   _____. At the time the
   (Position and title, if any)

   claim(s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☐ No ☐. If your answer is "Yes", briefly explain:

   _____

   _____

   (Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

   __14th Judicial District_____

   _____

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

   *wrote on another paper*

   _____
   _____
   _____
   _____
   _____
   _____
   _____

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: __Physically Forcing into a chair.__

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

Cullins, House, Johnson, Garcia. Place: Montgomery County Jail. Aug. 2021. Forcing plantiff to wear a mask during covid-19.

B) (1) Count II: _____

(2) Supporting Facts: _____

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983                3

C) (1) Count III: _____

_____

_____

(2) Supporting Facts: _____

_____

_____

_____

_____

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

*{Does not apply}*

    a) Parties to previous lawsuit:

        Plaintiffs: _____

        Defendants: _____

    b) Name of court and docket number _____

_____

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_____

    d) Issues raised _____

_____

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☐ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

{ Does not apply

_____
_____
_____
_____

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

I am intimidated by the police and authority & when they forced me to wear a mask I was scared. ~~4/04/04/04/04~~ ~~uuuu~~ I request my charges to be dropped & released from Montgomery County Jail.

_____   /s/ [signature]
Signature of Attorney (if any)    Signature of Plaintiff

_____

_____
(Attorney's full address and telephone number)

For other complaint *requesting $$ for being pushed down to cell due to not wearing a mask.

XE-2 8/82            CIVIL RIGHTS COMPLAINT §1983            5

Defendants

20 my bones were hurting I have artritis cripplin I sleep outside no tent no nothing Rushed me into the building didn't even make me read the sign Suppose to stop at the door take off all belongings They rushed me inside Garcia was by the bench said Lisa its Garcia + Mrs. Hase + others tellin me to put this mask on I told them I have astma + they know that I've been coming since 2007 whenever my mom stab me I called the police + cricket + other officer took me to jail I was bleeding my mom Just came from osawatomy from beatin up her sister for mistreating me + siblings. my _____ While the other officers walked me fast down the walk way my mouse

⑦

tryin to still put mask on me someone brought the chain I didnt even try to fight them or anything while still trying to force the mask on my face I sit down wiggled. I know for a fact that when someone has astema I cant pay there bill at there house and are on a breathing machine they cant and I'm not suppose to turn off ur electrict my son has a whole in his heart an was born with astma I was also taken from me 2016. After I sit down I was still movin my face tryin for them to not put the mask on my face garcia looks in my mouth says cough coughs in tu manga

②

laundry Room gets this orange bag & puts it on my face knowing I have asthma. All of them have passed me medication before knowing I cant breath. I dont know the concept of Breating though my nose it scares me. There Racies & I have always been mistreated all my life I Rock myself And I've been seeing & Hearing thigs all my life twisting my hair & balling it in a knot & pulling it out & pissing in my pants clothes God is whoever

④

with a board at the age of 5 I was born 1987 I believe I am mixed with white, black, Indien, ~~french~~ Freanch Dutch + portharican + Hasin. I remeark my PAnts color being left side at Age of 5 on popular sheet pissed my pants DARK Green DARK Burgandy, And pARK yellow I dont understood why Im so misteated I have been here All + most of my life my ~~wht~~ uncle is a 33RD mason undoe KC Marina, Green, Jones Jetaw

5

After they put the orange bag on my head ofcia't Collins bent down undid my Right @ cuff + strap of my foot raised it up I asked him wat he was doing he said of to we do everybody like this twista my foot Right + they squezed the cups + straps so Hard you still can see cuff + strap marks my foot still flarts my tissue + bones are broke I believe it feels wierd why I scratch it when it iches its

6

Sept 22, 2021 + sharp pains still is shootn down my foot up my leg & there is I believe 4 or 5 black dots + circles + a 50 cent piece size circle. I have pictures of it if Sheli will bring them to me. m/s Johnson House lou(is) officer garcia all m voilled put me in vostage whenever they stopped me in hall I dont think there is a camra

① On the 1st Aug 3rd insadent happened my foot didnt stop silent hurt until Sept the 15th is still has 5 black spots means is broke has nervs Damige on ↓ dollar size meat on skin thats swollen.

2) on the 15th was told I had to go to laundromat I'm pretty sure that. July 17-24th Burn my stuff in his yard Dismissed Same day another fire happened got charged for it the other day wasn't at the scene of the crime

Ben here since may when it happened 16th

went to Osawatomie cause I didn't wanna talk to mrs brown didn't even know the women I'm not talking to anyone I

9

dont know dont Hate when misty keeps my medication on for the first

on June somtime of 2011 I worked for Windsor Mom Health Care. I was pregnant caught a change I had a baby on 2011 oct 8 I was havin Contractions told my mom to call the Ambulance When they got there the strapped me to the cart when I got in there I told them that my baby was coming out he said no hes not I was still bending down doing Smirk

(4)

couple seconds later my baby came out an he caught him before he hit the floor of the Ambulance we got to mercy Hospital of Indy Kansas 64017 I went in well pushed me in to my Room + an Hour later brought my baby back didn't have any Right to test my baby said that SRS wanted to talk to me Wowen never came my other 2 children came + ate my steak dinner left 2 days later left Hospital with all 3 of my kids took my daughter to school Ursula called said police wanted to talk to me about tearie not going to school she told them that I was at

⑥

my moms House said a Judge Collins had a warrant to take my children in to custody for neglect & the baby had crack in his system. But while I was at Home 908 East Hill Indy Mo 66858 the SRS worker came by a couple times she said she was tired of coming to my house cause my house was always clean never dirty could tell kids played there all Bilson kids hair done Mrs Robbin & Another women always checked on me from the Arco Building It was called the Farm. She told me that she knew I did my drugs but that was besides the point & that my kids weren't being missed treated & & It was my family that called on me. And that It wasn't Right. I had to have 20 Atarase them morrow to a

Bank across from the Arby's I had all my hours + did all + some of what I was post to do. Went to prison a week or 2 after I had my baby. I had 9 months to do my Aunt Ursall A Sharonda Thompson Stole my whole income taxes Didn't pay my Rent or water bill Won gas come to find out KAP paid my electric for almost a year seen my landlord wasn't aware that she didn't recieve an Rent payments but knew that I was behind well on Rent like 6 or 7 months. Offered to buy her some breakfest foods so that I can renew my least she said yes. 20ty had a hearing My Aunt said she was going to Adopt the kids so I didn't even go to court A she didn't either cause I told her she was getting introuble for stealing my Income tax + Frustrating my children. So Jade Collins took my Rights. I've never signed them away or said I didn't want my kids. 2019 Had a baby In Joplin Misseuri Baby had no Drugs in mine or his System or the plAsenta they wanted me to take crazy meds No I'm not Impregnet Jade Collins Sent all 9 Officers to come get my baby where they Do that at. that's Illegal my Rights have been violated since I have no Respect for ppl that dont Respect me or the fellings of others